Opinion filed February 4, 2010 











 
 
  
 
 







 
 
  
 
 




Opinion filed February 4,
2010 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                  ___________

 

                                                          No. 11-09-00289-CV

                                           __________

 

                                     IN RE ANGELA RUTH OLSON

 



 

                                          ORIGINAL
MANDAMUS PROCEEDING

 



 

                                            M
E M O R A N D U M    O P I N I O N

The
parties have filed in this court a joint motion to dismiss the petition for
writ of mandamus.  The parties state that they have reached a settlement
agreement.

The
motion is granted, and this original proceeding is dismissed.

 

 

PER CURIAM

 

February 4, 2010

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.